In the Matter of Supplementary Proceedings: TESSIE COHEN, Judgment Creditor, v. BEATRICE R. BALAMUTH, Also Known as BEATRICE BALMUTH, Judgment Debtor, Respondent. MILTON J. RETTENBERG, as Receiver of the Property of the Judgment Debtor, and Another, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

ONEIDA, LTD., Appellant, v. MACHER WATCH CO., INC., Respondent, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

CHARLES A. BUCKLEY and Others, Appellants, v. THE CITY OF NEW YORK, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements and motion denied. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of Proceedings Supplementary to Judgment: GOLDWYN DISTRIBUTING CORPORATION, Judgment Creditor, Respondent, v. HARRY D. FLECK, Judgment Debtor, Appellant. In the Matter of Proceedings Supplementary to Judgment: GOLDWYN DISTRIBUTING CORPORATION, Judgment Creditor, Respondent, v. DONALD F. FLECK, Judgment Debtor, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examinations to proceed to be fixed in the order. Settle order on notice. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of an Application by MAX BLOCK and Others, Petitioners, Respondents, for an Order under Article 78 of the Civil Practice Act, against PAUL J. KERN, President, and Others, Commissioners Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order, so far as appealed from, reversed, with twenty dollars costs and disbursements, and motion, in all respects, granted. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.; O'Malley and Untermyer, JJ., dissent and vote for affirmance.

In the Matter of the Application of JOHN HETHERINGTON, Surrogate of the County of Queens, Petitioner, Respondent, to Compel FRANK J. TAYLOR, as Comptroller of the City of New York, and Others, Appellants, to Perform a Duty Specifically Enjoined by Law.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of JOSEPH ROSENTHAL, Petitioner, Appellant, for an Order against JOSEPH D. McGOLDRICK, as Comptroller of The City of New York, and as Successor of FRANK J. TAYLOR and Others, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. (See Matter of Wingate v. Taylor, 166 Misc. 13; affd., 254 App. Div. 749.) Settle order on notice. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ. [167 Misc. 673.]

In the Matter of the Application of MALTESE TEXTILE CORP., Respondent, for an Order Directing that an Arbitration Proceed between MALTESE TEXTILE CORP. and PILGRIM MILLS, Appellant.— Order unanimously affirmed with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.